850

No. 90–100. SEGRAVES v. RALPH M. PARSONS CO. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–101. PHELPS v. O'DONNELL, TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 90–103. PENNHURST STATE SCHOOL & HOSPITAL ET AL. v. HALDERMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–104. JOHN M. v. PAULA T. ET AL. Sup. Ct. Pa. Certiorari denied.

No. 90–105. CATLETT v. LIVELY ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–106. MORALES v. KANSAS STATE UNIVERSITY ET AL. Sup. Ct. Kan. Certiorari denied.

. No. 90–108. AUSTERN ET UX. v. CHICAGO BOARD OPTIONS EXCHANGE, INC. C. A. 2d Cir. Certiorari denied.

No. 90–109. FERRIS v. COUNTY OF SANTA CLARA ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–110. ROMEO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–111. WOERNER v. BRUNT ET AL. Super. Ct. N. J., Law Div., Middlesex County. Certiorari denied.

No. 90–115. DONIA v. CEREBRAL PALSY COLLINGSWOOD ACTIVITY CENTER, AKA CEREBRAL PALSY ADULT ACTIVITY CENTER, ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 90–116. HELM, DBA BILLS GREEN LIGHT AUTO PARTS v. MID-AMERICA INDUSTRIES, INC. Sup. Ct. Ark. Certiorari denied.

No. 90–118. RHINEHART ET AL. v. KIRO, INC., ET AL. Ct. App. Wash. Certiorari denied.

No. 90–122. SALDIVAR v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.